The WESTERN & SOUTHERN INDEMNITY COMPANY v. Otto M. SEITZ.

No. 7045.

Circuit Court of Appeals, Sixth Circuit.

Oct. 7, 1936.

Harry D. Beggs, of Cincinnati, Ohio, and C. C. Grassham, of Paducah, Ky., for appellant.

L. B. Alexander, of Paducah, Ky., for appellee.

Before HICKS, ALLEN, and HAHN, Circuit Judges.

PER CURIAM.

Upon the calling of this case the parties appeared and announced that a settlement had been reached, and by agreement of counsel it is now ordered that this cause is dismissed.

END OF CASES IN THIS VOLUME